IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
AUG - 4 2014
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| In the Matter of the Search of | ) | DOCKET NO. 1:14-mj-55 |
| Priority Mail Envelope | ) | |
| # 9114901189866434192770 | ) | ORDER TO SEAL |
| | ) | |

Upon the motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above-referenced Search Warrant, Application, Affidavit, and Motion to Seal be sealed until further order of the Court.

SO ORDERED this the 4th day of August, 2014.

The Honorable Dennis L. Howell
United States Magistrate Judge
Western District of North Carolina

1