IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



| | | |
|---|---|---|
| **In the Matter of the Search of:** | ) | DOCKET NO. 1:14MJ55 |
| | ) | |
| **Priority Mail Envelope** | ) | |
| **# 9114901189866434192770** | ) | **ORDER TO UNSEAL** |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order unsealing the Search Warrant, Affidavit, Application, Attachments A and B, Motion to Seal, and Order to Seal in this matter,

**IT IS HEREBY ORDERED** that these documents be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 10th day of November, 2014.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE